Judgment affirmed, with costs. The finding that the employees of the State were negligent under section 12-a of the Court of Claims Act, in failing to give appropriate warning of a dangerous situation in the highway, had adequate support in the evidence. All concur, except Crosby, J., who dissents and votes for reversal on the law and facts and for dismissal of the complaint on the ground that the claim arises under section 176 of the Highway Law and that the State is not liable for an accident (occurring November 22, 1931) from a defect in the highway and also on the further ground that no act of negligence on the part of the defendant is shown.

ELIZABETH McCARTHY, an Infant, by MARY McCARTHY, Her Guardian ad Litem, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 22171.) — Judgment affirmed, with costs. The finding that the employees of the State were negligent under section 12-a of the Court of Claims Act, in failing to give appropriate warning of a dangerous situation in the highway, had adequate support in the evidence. All concur, except Crosby, J., who dissents and votes for reversal on the law and facts and for dismissal of the complaint on the ground that the claim arises under section 176 of the Highway Law and that the State is not liable for an accident (occurring November 22, 1931) from a defect in the highway and also on the further ground that no act of negligence on the part of the defendant is shown.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE ELIA, Appellant.— Judgment of conviction affirmed. All concur.

WILLIAM N. LOGAL, as Administrator, etc., of MARY LOGAL, Deceased, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Judicial Construction of the Last Will and Testament of FANNY JONES, Deceased.— Decree affirmed, with costs. All concur.

WINONA HUGHES, an Infant, by JOHN HUGHES, Her Guardian ad Litem, Appellant, v. THE VILLAGE OF ALBION and Another, Respondents.— Judgment and order affirmed, with costs. All concur.

JOHN HUGHES, Appellant, v. THE VILLAGE OF ALBION and Another, Respondents.— Judgment and order affirmed, with costs. All concur.

JOSEPH PROCELLI, as Administrator, etc., of SUSAN PROCELLI, Respondent, v. FRANK FIORELLA and Another, Appellants.— Judgment affirmed, with costs. Memorandum. The court's charge " that the statute on right of way is not binding on a passenger " was not harmful under all the circumstances. (Civ. Prac. Act, § 106.) All concur.

In the Matter of the Estate of SAMUEL ERLICH, Deceased.— Decree affirmed, with costs. All concur. [147 Misc. 468.]

In the Matter of the Estate of JOSEPH D. ERLICH, Deceased.— Decree affirmed, with costs. All concur. [147 Misc. 468.]

HESTER M. HEY, Respondent, v. CENTRAL BANK OF KENMORE, Appellant.— Judgment and order affirmed, with costs. All concur.

ANTHONY PAURELLO, Respondent, v. WENDELL F. MEGERLE, Appellant, JOSEPH KRENZER and Another, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur.

KELVINATOR-BUFFALO CORPORATION, Appellant, v. FRANK TRIPI, Respondent.— Judgment affirmed, with costs. All concur.

HELEN BURKE, an Infant, by JOHN BURKE, Her Guardian ad Litem, Respondent, v. JOSEPH B. GLASCOTT, Appellant, and PAUL LOBLOFF, Defendant.— Judgment affirmed, with costs. All concur.